UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE E. HICKS, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>FAIRFIELD RESIDENTIAL, §<br>§<br>*Defendant.* § | Civil Action No. 3:24-CV-0467-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 7]. Magistrate Judge David L. Horan recommended dismissing this breach-of-contract case for lack of subject-matter jurisdiction. Plaintiff Lawrence E. Hicks filed an objection. Hicks's objection seems to be portions of his lease agreement without any additional context. Because of this, the Court cannot conclude that Hicks has established his burden in proving that this Court has subject-matter jurisdiction over his case.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, the Court **DISMISSES**

**WITHOUT PREJUDICE** this case for lack of subject-matter jurisdiction.

 **IT IS SO ORDERED** this 30th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE